

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff

-vs-

Kleinsmith, Matthew
Defendant

CASE NUMBER: CR- 13-3220-Garber

REPORT COMMENCING CRIMINAL ACTION

01824-104
USMS NUMBER

TO: CLERK'S OFFICE ☒ MIAMI ☐ FT. LAUDERDALE ☐ W. PALM BEACH

CHECK THE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE'S COURT ABOVE

COMPLETE ALL ITEMS. IF INFORMATION IS NOT APPLICABLE, ENTER N/A.

1. DATE AND TIME OF ARREST: 28 Aug   6 AM

2. LANGUAGE(S) SPOKEN: English

3. OFFENSE(S) CHARGED: 18 USC 1343 - wire fraud

4. DATE OF BIRTH: 12/5/79

TYPE OF CHARGING DOCUMENT (CHECK ONE):
☐ INDICTMENT            ☒ COMPLAINT TO BE FILED/ALREADY FILED
☐ INFORMATION           ☐ BENCH WARRANT FOR FAILURE TO APPEAR
☐ PROBATION VIOLATION WARRANT  ☐ PAROLE VIOLATION WARRANT

5. ORIGINATING DISTRICT: ~~SOUTHERN DISTRICT OF FLORIDA~~ Northern District of Georgia

6. REMARKS: _____

7. DATE: 08/28/2013

8. ARRESTING OFFICER: SA Marisa L. Perez

9. AGENCY: FEDERAL BUREAU OF INVESTIGATION

10. TELEPHONE NUMBER:   OFFICE  305-944-9101